# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MICHAEL ALONZA RUFUS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-117 |
| | * | |
| v. | * | |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Michael Rufus ("Rufus") filed Objections to the Report and Recommendation. Dkt. No. 14.

In his Objections, Rufus accuses the Magistrate Judge of "breach" and "fraud." Id. at 2. Rufus states the Magistrate Judge did not acknowledge a Georgia statutory provision or certain arguments Rufus advanced in his previous filings. Id. Rufus then describes steps he claims he undertook in the state court system and takes issue with the state court rulings or failures to act. Id. Plaintiff argues he has established he was restrained of liberty by "proceedings and orders that are coram non judice and void." Id. at 3. Rufus also addresses the

AO 72A
(Rev. 8/82)

Magistrate Judge's rulings on the petitions for disqualification but does not offer any true criticism.[1]  Id.

Rufus' Objections are largely unresponsive to the Report and Recommendation and do not suggest the Court should reach any conclusion other the one the Magistrate Judge recommended. Rufus' Objections and the documents he attached thereto generally underscore his failure to exhaust his state court remedies prior to filing this 28 U.S.C. § 2241 Petition.  In addition, Rufus does not refute the Magistrate Judge's application of case law relevant to a determination of whether Rufus exhausted his state remedies.

Accordingly, the Court **OVERRULES** Rufus' Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES without prejudice** Rufus' Amended 28 U.S.C. § 2241 Petition based on his failure to exhaust his state remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Rufus *in forma pauperis* status on appeal.

SO ORDERED, this ___25___ day of ___May___, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Rufus makes no showing the Magistrate Judge's determination on Rufus' disqualification arguments is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).